

given for good behavior and have deducted from their sentence. Such an instruction was given in the instant case. This Court has consistently held such an instruction to be error and grounds for modification. Williams v. State, Okl.Cr., 461 P.2d 997. The Court has been consistent in its ruling without exception.

Therefore, because of the erroneous instruction, which no doubt is prejudicial to the rights of defendant, especially as to the degree of punishment, we feel that justice would be best served if the sentence was reduced from Four Years to Two Years, and as modified the case is affirmed, and it is so ordered.

Modified and affirmed.

BUSSEY, P. J., and BRETT, J., concur.

BUSSEY, Presiding Judge:

Donna Louise Johnson, hereinafter referred to as defendant, was charged, tried, and convicted in the District Court of Tulsa County, Oklahoma for the offense of Grand Larceny. Her punishment was fixed at four (4) years imprisonment, and from said judgment and sentence, a timely appeal has been perfected to this Court.

It would appear that the statement of facts and the propositions asserted are identical in the instant case, as that in Mills v. State, Okl.Cr., 492 P.2d 328. Because of the reasons set forth in *Mills*, supra, i. e., the giving of a good-time credit instruction, the judgment and sentence is accordingly modified to a term of two (2) years, and as so modified, the judgment and sentence is affirmed.

BRETT, J., concurs.

**Donna Louise JOHNSON, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defend-
ant in Error.**

**No. A–15749.**

Court of Criminal Appeals of Oklahoma.

Nov. 10, 1971.

**Harold Lee PIERCE, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defend-
ant in Error.**

**No. A–15492.**

Court of Criminal Appeals of Oklahoma.

Dec. 9, 1971.

Frazier, Harris, Dyer, Pate & Hopper, Tulsa, for plaintiff in error.

Larry Derryberry, Atty. Gen., Paul Ferguson, Asst. Atty. Gen., Chief, Crim. Div., S. M. Fallis, Jr., Dist. Atty., J. Pat Thompson, Asst. Dist. Atty., for defendant in error.

